**ORIGINAL**

1  Christopher T. Heffelfinger (Bar No. 118058)
   **BERMAN DeVALERIO**
2  425 California Street, Suite 2100
   San Francisco, CA 94104
3  Tel: (415) 433-3200
   Fax: (415) 433-6382
4  Email: cheffelfinger@bermandevalerio.com

5  Mary Jane Fait
   Adam J. Levitt
6  Michael D. Yanovsky
   **WOLF HALDENSTEIN ADLER**
7  **FREEMAN & HERZ LLC**
   55 West Monroe Street, Suite 1111
8  Chicago, IL 60603
   Tel: (312) 984-0000
9  Fax: (312) 984-0001
   Email: fait@whafh.com
10 Email: levitt@whafh.com
   Email: yanovsky@whafh.com

*Counsel for Plaintiff*

[Additional counsel listed on signature page]

FILED
2009 OCT 29 P 1:32
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

ADR

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

AMBER NIKKEL, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

SONY CORPORATION; SONY OPTIARC INC.; SONY OPTIARC AMERICA INC.; TOSHIBA CORPORATION; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; HITACHI, LTD.; HITACHI-LG DATA STORAGE INC.; LG ELECTRONICS INC.; and NEC CORPORATION,

    Defendants.

Civil Action No. C09 05135 RS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, he has been informed that Amber Nikkel is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: October 29, 2009

Respectfully submitted,

**BERMAN DeVALERIO**

By: _____
Christopher T. Heffelfinger

425 California Street, Suite 2100
San Francisco, CA 94104
Phone: (415) 433-3200
Fax: (415) 433-6382
Email: cheffelfinger@bermandevalerio.com

Mary Jane Fait
Adam J. Levitt
Michael D. Yanovsky
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
Email: fait@whafh.com
  levitt@whafh.com
  yanovsky@whafh.com

| | |
|---|---|
| 1 | Francis M. Gregorek |
| 2 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC** |
| 3 | Symphony Towers |
|   | 750 B Street, Suite 2770 |
| 4 | San Diego, CA 92101 |
|   | Tel: (619) 239-4599 |
| 5 | Fax: (619) 234-4599 |
|   | Email: gregorek@whafh.com |
| 6 | |
| 7 | *Counsel for Plaintiff* |

[NIKKEL V. SONY CORP., ET AL.] CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PER L.R. 3-16       2